**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LESLIE ANNA CROWELL                                                    PETITIONER
ADC #715194

v.                                       4:18CV00718-JM

WENDY KELLEY, Director,
Arkansas Department of Correction                          RESPONDENT

## ORDER

 The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.    Petitioner has now paid the required $5 filing

fee.    Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) may proceed.

The Proposed Findings and Recommended Disposition are approved and adopted in their entirety

as stated herein.

 DATED this 26th day of November, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1