IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LESLIE ANNA CROWELL					PETITIONER
ADC #715194

v.					CASE NO. 2:19-CV-2059

WENDY KELLEY, Director,
Arkansas Department of Correction				RESPONDENT

## ORDER

The Court has received a report and recommendation (Doc. 15) from United States Magistrate Judge Mark E. Ford. Petitioner has filed objections. The Magistrate recommends that the Court deny the petition for a writ of habeas corpus. The Court has reviewed the report and recommendation de novo where Petitioner has objected. 28 U.S.C. § 636(b)(1). The objections offer no reason to depart from the Magistrate's findings. The report contains no clear error and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of June, 2019.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE