IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


LESLIE ANNA CROWELL                                                        PETITIONER
ADC #715194

v.                                          CASE NO. 2:19-CV-2059

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

       Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

       IT IS SO ADJUDGED this 26th day of June, 2019.


/s/ P. K. Holmes, III

P.K. HOLMES, III
U.S. DISTRICT JUDGE